

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J. W. Lyon, Jr.
County Attorney
Briscoe County
Silverton, Texas

Dear Sir:

Opinion No. 0-3020
Re: A county attorney is not en-
titled to fees or compensa-
tion for mailing out delin-
quent tax notices.

Your request for opinion upon the following stated
questions:

"1. What fees, if any, are by law allowed
the county attorney for sending or mailing out
delinquent tax notices to those who are delin-
quent in the payment of their taxes?

"2. Does the commissioners' court have
the right to pay a county attorney for mailing
out such notices?"

has been received and carefully considered by this department.

It is not the duty of the county attorney to mail
out delinquent tax notices (See Conference Opinion No. 3105
of this department, a copy of which is enclosed herewith.)
nor is there a fee provided by statute for same.

Opinion No. 0-41 of this department holds that
the only compensation the county attorney can receive for
his services in delinquent tax matters are the fees set out
in Article 7332, Vernon's Annotated Texas Civil Statutes.
We enclose herewith a copy of said opinion.

We answer your questions as follows:

Honorable J. W. Lyon, Jr., Page 2

Question No. 1. No fees are provided by law and the county attorney is not entitled to any fees for such services.

Question No. 2. No.

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED JAN 30, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

By

Wm. J. Fanning
Assistant

WJF:GO

ENCLOSURES



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN